UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JANET HOYT,**
  **Plaintiff,**

v.                                               Case No. 3:20-cv-111-J-20JRK

**SAI SUMUKH LLC,**
**d/b/a HOLIDAY INN EXPRESS,**
  **Defendant.**
_____/

## ORDER

This cause is before this Court on a "Notice of Pending Settlement" (Dkt. 8) that indicates that the parties have settled and are in the process of finalizing the settlement documents.

Accordingly, it is **ORDERED**:

1. This case is hereby **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2̲0̲ day of June, 2020.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason S. Weiss, Esq.
Brian P. Henry, Esq.
David C. Bibb, Esq.