UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANET HOYT,
       Plaintiff,

v.                                     CASE NO. 3:20-cv-111-J-20JRK

SAI SUMUKH LLC,
d/b/a HOLIDAY INN EXPRESS,
       Defendant.
_____/

## O R D E R

This matter is before this Court on the "Joint Stipulation of Dismissal with Prejudice"

(Dkt. 10).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation of Dismissal with Prejudice" (Dkt. 10) is **GRANTED** and this

action is dismissed with prejudice, with each party to bear her/its own fees, costs, and

disbursements; and

2. The Clerk is directed to terminate all pending motions and close this case.


**DONE AND ENTERED** at Jacksonville, Florida, this __/2t__ day of June, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason S. Weiss, Esq.
Brian P. Henry, Esq.
David C. Bibb, Esq.